UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL LONDA JOHNSON,

              Plaintiff,

- against -

BURLINGTON STORES, INC., ET AL.,

              Defendants.

24-cv-7395 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 22, 2024.

SO ORDERED.

Dated:    New York, New York
            October 8, 2024

                                            John G. Koeltl
                                        United States District Judge