UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHERYL LONDA JOHNSON,
                    Plaintiff(s)

          24 civ 7395 (JGK)

    -against-

BURLINGTON STORES, INC., et al.,
                  Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for January 6, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 19, 2024