UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL LONDA JOHNSON.,

           Plaintiff,          24-cv-07395 (JGK)

  - against -             ORDER

BURLINGTON STORES, INC., ET AL.

           Defendants.

---

**JOHN G. KOELTL, District Judge:**

The deadline for the parties to submit a joint pretrial order, together with any motions *in limine* or motions to be bifurcate, is extended to **September 15, 2025**. If the parties fail to file these papers by **September 15, 2025**, the case may be dismissed for failure to prosecute.

The parties shall be ready for trial on 72 hours' notice on or after **September 29, 2025**.

SO ORDERED.

Dated:    New York, New York
            September 3, 2025

                                                   */s/ John G. Koeltl*
                                                   John G. Koeltl
                                        United States District Judge