UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHERYL LONDA JOHNSON,

                Plaintiff,        24-cv-07395 (JGK)

     - against -                ORDER

BURLINGTON STORES, INC., ET AL.

                Defendants.

---

**JOHN G. KOELTL, District Judge:**

On September 3, 2025, the Court issued an Order extending the deadline for the parties to submit a Joint Pretrial Order to September 15, 2025. ECF No. 11. The Court also advised the parties that failure to file on time may lead to dismissal of the case for failure to prosecute. Id. The September 15, 2025, deadline has passed, and no Joint Pretrial Order has been filed.

The parties are accordingly ordered to appear, by phone, on **September 23, 2025, at 3:30 p.m.** to show cause as to why this case should not be dismissed for failure to prosecute.

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

Dated:    New York, New York
           September 17, 2025

                                            /s/ John G. Koeltl
                                          John G. Koeltl
                                     United States District Judge