```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

CHERYL LONDA JOHNSON,

               Plaintiff,        24-cv-7395 (JGK)

    - against -              ORDER

BURLINGTON STORES, INC., ET AL.

               Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The deadline for the parties to submit a joint pretrial order, together with any motions *in limine* or motions to be bifurcate, is extended to **October 31, 2025**. If the parties fail to file these papers by **October 31, 2025**, the case may be dismissed for failure to prosecute.

    The parties shall be ready for trial on 72 hours' notice on or after **November 5, 2025**.

SO ORDERED.

Dated:    New York, New York
           September 24, 2025

                                          John G. Koeltl
                                United States District Judge