```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

CHERYL LONDA JOHNSON,

                Plaintiff,        24-cv-07395 (JGK)

      - against -              <u>ORDER</u>

BURLINGTON STORES, INC., ET AL.

                Defendants.

------------------------------------

**JOHN G. KOELTL, District Judge:**

On November 3, 2025, following the parties' failure to file a timely Joint Pretrial Order, the Court issued an order directing the parties to appear and show cause why this action should not be dismissed for failure to prosecute. ECF No. 15.

The Court held a telephone conference on the Order to Show Cause on November 12, 2025, at 11:30 a.m. Counsel for the defendants appeared. Counsel for the plaintiff did not appear and did not respond to email outreach from the Court.

For these reasons, and for the reasons stated on the record at the telephone conference today, this case is **dismissed without prejudice** for failure to prosecute. The Clerk is respectfully requested to close this case.

SO ORDERED.

Dated:    New York, New York
           November 12, 2025

                                          /s/ John G. Koeltl
                                             John G. Koeltl
                                       United States District Judge